IN THE UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF GEORGIA

**FILED**
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

M. REGINA THOMAS,
**CLERK**

GLENN ROYCE FAVRE;
ALAN SCOTT BENNETT;
BERNICE AND DARRYLL GRIFFIN; J
OHN A STOKES DALE CAPELOUTO
,
Plaintiff(s),

-versus-

SUNTRUST BANKS HOLDINGS, et. al,
FIDELITY NATIONAL FINANCIAL GROUP
, et. al.; GOLDMAN SACHS HOLDINGS, INC
et. al. ,                    Defendants.

Civil Action
File Number
Judge

**09-9069**

DEPUTY CLERK

COMPLAINT
FOR VIOLATIONS OF TILA, RESPA, REG. Z., CIVIL RICO, SEC, CFTC, MALICE,
NEGLIGENT MISREPRESENTION, INTENT TO DEFRAUD CONUSMERS, CIVIL
FALSE CLAIMS

### 26.2 RICO – Use Or Investment Of Proceeds From Pattern Of Racketeering Activity
### § 895.03(1), Fla. Stat.

To prove the crime of Unlawful Use or Investment of Proceeds from a Pattern of
Racketeering Activity, the State must prove the following four elements beyond a
reasonable doubt:

1.    At least two of the following incidents occurred:

FAVRE *& BENNETT, LLC; BERNICE AND DARRYLL GRIFFIN; THE
     WIMER CASES, NC.

2.    Of those incidents which did occur, at least two of them had the same or
     similar [REDUCE PAYMENTS OR OBLIGATIONS TO THE
     FEDERAL GOVERNMENT I.E. TARP FRAUD] [UNJUSTLY ENRICH
     OR DEFRAUD INVESTORS] [IN TANDEM WORKING TOGETHER
     AS CONDUITS TO DEFRAUD CONSUMERS AND INVESTORS
     AND THE FEDERAL GOVERNMENT] [GLENN R. FAVRE, SCOTT
     BENNETT, JOHN STOKES, BERNICE GRIFFIN, DARRYLL
     GRIFFIN, THE 13 WIMER CASES NC. THE FEDERAL
     GOVERNMENT] [PAYMENT TO PERPITRATE THE FRAUD BY
     TITLE AGENTS OROUTSIDE COUNSEL AND RELATED
     INSURANCE FIRMS WITH UNDERWRITERS] or were interrelated by
     distinguishing characteristics and were not isolated incidents.

Page **1** of 8

3.     [SUNTRUST BANKS, INC., FIDELITY NATIONAL FINANCIAL
GROUP, AND GOLDMAN SACHS, INC.] with criminal intent received
proceeds which were derived directly or indirectly from such incidents.

4.     [SUNTRUST BANKS, INC., FIDELITY NATIONAL FINANCIAL
GROUP, AND GOLDMAN SACHS, INC.] [OBTAINED
FRAUDULENTLY ] [INSURED RISKY INVESTMENTS USING AIG]
some of these proceeds [THE PROCEEDS WERE DISTRIBUTED TO
NON-PROFITS UNDER THE CONTOL OF THE DEFENDANTS]
either directly or indirectly [ENFORCING FRAUDULENT CLAIMS,
LIENS OR PRESENTING FALSE STATEMENTS OR DOCUMENTS
FOR INSPECTION TO REGULATORS OR INVESTORS] [TO GIVE
THE "AIR" OF EQUITY OR STBILITY TO FALSLY GRADE OR
CREATE THE APPEARANCE OF MEETING REGULATORS
GUIDELINES FOR CAPITALIZATION UNDER FDIC RULES FOR
SAFETY AND SOUNDNESS].

"Receiving proceeds with criminal intent" means that the defendant, at the time the defendant received the proceeds, either knew the source of the proceeds or the defendant's suspicions were aroused but the defendant deliberately failed to make further inquiry as to the source of the proceeds.

"Real property" means land and whatever is erected on it. It includes but is not limited to any lease or mortgage or other interest in that property.

An "enterprise" is an ongoing organization, formal or informal, that functions both as a continuing unit and has a common purpose of engaging in a course of conduct.

### 26.3 RICO - USE OR INVESTMENT OF PROCEEDS FROM COLLECTION OF UNLAWFUL DEBT
### § 895.03(1), Fla. Stat.

To prove the crime of Unlawful Use or Investment of Proceeds from Collection of Unlawful Debt, the State must prove the following two elements beyond a reasonable doubt:

1.      [SUNTRUST BANKS, INC. FIDELITY NATIONAL FINANCIAL GROUP, AND GOLDMAN SACHS, INC.] with criminal intent received proceeds which were derived directly or indirectly through the collection of an unlawful debt.

2.      [DEFENDANTS] [UNJUSTLY DEFRAUD THE FEDERAL GOVERNMENT, INVESTORS,TAXPAYERS, AND CONSUMERS] [UNJUSTLY ENRICHMENT] some of these proceeds [THE TARP] either directly or indirectly [USING NON-DISCLOSED FINANCING, STRUCTURED OR LAYERED FINANCING ] [PROVIDING BETTER FINANCIAL STATUS OF SUCH FIRMS TRADED BY THE SEC.].

"Receiving proceeds with criminal intent" means that the defendant, at the time the defendant received the proceeds, either knew the source of the proceeds or the defendant's suspicions were aroused but the defendant deliberately failed to make further inquiry as to the source of the proceeds.

### § 895.02(2), Fla. Stat.

"Unlawful debt" means any money or other thing of value constituting principal or interest of a debt that is legally unenforceable in Florida in whole or in part because the debt was incurred or contracted in violation of the following law: [FAILING TO FOLLOW FEDERAL RESERVE SYSTEM LENDING GUIDELINES, VIOLATING CONSUMER FINANCIAL PROTECTION LAWS FEDERAL STATE, NON-

DISCLOSURE, NEGLIGENT MISREPRESENTATION WITH INTENT TO HARM
CONSUMERS AND THE FEDERAL GOVERNMENT].

"Real property" means land and whatever is erected on it. It includes but is not
limited to any lease or mortgage or other interest in that property.

An "enterprise" is an ongoing organization, formal or informal, that functions
both as a continuing unit and has a common purpose of engaging in a course of conduct.

### 26.4 RICO - ACQUISITION OR MAINTENANCE THROUGH
### PATTERN OF RACKETEERING ACTIVITY
### § 895.03(2), Fla. Stat.

To prove the crime of Unlawfully [WILLFUL VIOLATION OF 111 U.S.C.
362(b) AUTOMATIC STAY, A FED. BANK. R.] [REFILING LITIGATION,
CONTINUING OR REPERFECTING FRAUDULENT LIENS] an Interest In or Control
of [THE ESTATE OF FAVRE & BENNETT, LLC, CO-DEBTORS IN POSSESSION
AND TITLE HOLDER TO 1914 COLUMBUS DR] the State must prove the following
three elements beyond a reasonable doubt:

1.  [DEFENDANTS] engaged in at least two of the following incidents. [Read
    incident alleged in information].

Modify 1 and 2 if only two incidents alleged

2.  Of those incidents in which [DEFENDANTS] was engaged, at least two of
    them had the same or similar [DEFRAUD THE FEDERAL
    GOVERNMENT; MALICIOUS WITH INTENT TO HARM
    BORROWERS AND DISGUISE THE TRUE PARTIES IDENTIES]
    [REDUCE OBLIGATIONS OR PAYMENTS OWED THE TARP]
    [USING OUTSIDE COUNSEL] [TO DEFRAUD TAXPAYERS,
    FEDERAL GOVERNMENT, FARE & BENNETT LLC, THE WIMER
    CASES BERNICE AND DARRYLL GRIFFIN USING RETALITORY
    LITIGATION A VIOLATION OF ANTI-SLAPP STATUES [PAID BY
    INVESTMENT BANKING INSURANCE AND UNDERWRITING
    INSURANCE FIRMS.] or were interrelated by distinguishing
    characteristics and were not isolated incidents.

3.  As a result of such incidents [DEFENDANTS] [USED NON
    DISCLOSED STRUCTURED SPECULATIVE FINANCING] [TO
    PERFECT INTEREST IN THE SECURED PURCHASER IN THE
    INVESTMENTS], directly or indirectly, interest in or control of [DEEDS
    OF TRUST OR SECUTITIES] [IN MORTGAGES, PROMISSORY
    NOTES AND DEBT OBLIGATIONS WITH ALL RISK SOLD TO THE
    FEDERAL GOVERNMENT].

An "enterprise" is an ongoing organization, formal or informal, that functions both as a continuing unit and has a common purpose of engaging in a course of conduct.

"Real property" means land and whatever is erected on it.  It includes but is not limited to any lease or mortgage or other interest in that property.

## 26.5 RICO - ACQUISITION OR MAINTENANCE THROUGH COLLECTION OF UNLAWFUL DEBT
### § 895.03(2), Fla. Stat.

To prove the crime of Unlawfully [FALSE CLAIMS TO THE FEDERAL GOVERNMENT] [REFILING, CONTINUING LITIGATION, INITIATING LITIGATION FOR ESTATE UNDER 11 USC 362(b) AUTOMATIC STAY WILLFULLY] an Interest In or Control of [] [Real Property], the State must prove the following two elements beyond a reasonable doubt:

1.      [DEFENDANTS] [VIOLATED 362(B) AUTOMATIC STAY WILFULLY] [CONTINUE TO CONTACT DEBTOR], directly or indirectly, interest in or control of [FAVRE AND BENNETT, LLC] [TITLE TO 1914 E COLUMBUS DR.EXECUTORY CONTRACT AND UNEXPIRED LEASE].

2.      [DEFENDANTS' AGENTS] did so through the knowing collection of an unlawful debt.

"Unlawful debt" means any money or other thing of value constituting principal or interest of a debt that is legally unenforceable in Florida in whole or in part because the debt was incurred or contracted in violation of the following law: [recite applicable section and define crime].

An "enterprise" is an ongoing organization, formal or informal, that functions both as a continuing unit and has a common purpose of engaging in a course of conduct.

"Real property" means land and whatever is erected on it.  It includes but is not limited to any lease or mortgage or other interest in that property.

## 26.6 RICO - CONDUCT OR PARTICIPATION IN AN ENTERPRISE THROUGH COLLECTION OF UNLAWFUL DEBT
### § 895.03(3), Fla. Stat.

To prove the crime of Unlawfully [INITIATING LITIGATION THAT WAS INCLUDED AND DISCHARGED 4/7/2009 IN THE VOL. CHAPTER 7 DISCHARGE OF GLENN ROYCE FAVRE 08-85264-MHM      ] [THE WILLFUL VIOLATION OF 362(b) BY FILING AGAINST JOHN STOKES, AND ALLEN SCOTT BENNETT] DEBTORS IN POSSESSION OF 1914 E COLUMBUS LLC UNEXPIRED LEASE AND EXECUTORY CONTRACT AFTER FULL LIQUIDATION FROM PERSONAL

VOL. CHAPTER 7, the State must prove the following two elements beyond a reasonable doubt:

1.    [SUNTRUST BANKS, INC ET. AL. MORTGAGE, GOLDMAN SACHS, INC. AND FIDELITY NATIONAL FINANCIAL GROUP] was [USING TITLE AGENTS AND ESCROW ATTORNEYS'] [TO ENFORCE NON-DSICLOSED FINANCING AND TERMS AND CONDITIONS OF] THE enterprise.

2.    [DEFENDANTS] [PENELOPE ANDERSON ET.AL.SEE NFA LETTER [THE NON-DISCLOSURE, MADE FALSE CLAIMS], directly or indirectly, such enterprise through the knowing collection of an unlawful debt.

"Unlawful debt" means any money or other thing of value constituting principal or interest of a debt that is legally unenforceable in Florida in whole or in part because the debt was incurred or contracted in violation of the following law: [FERA, FCA, TILA RESPA, REG Z, VIO. RESPONSIBILITY AND DISCLOSURES ACT OF 2009.].

An "enterprise" is an ongoing organization, formal or informal, that functions both as a continuing unit and has a common purpose of engaging in a course of conduct.

### 26.7 RICO - CONDUCT OR PARTICIPATION IN AN ENTERPRISE THROUGH A PATTERN OF RACKETEERING ACTIVITY
### § 895.03(3), Fla. Stat.

To prove the crime of Unlawfully [NON-DISCLOSURE AND FALSE CLAIMS] [TARP FRAUD, EESA, SEC AND CFTC VIOLATIONS] an Enterprise, the State must prove the following three elements beyond a reasonable doubt:

1.    [DEFENDANTS] was [FEDILITY NATIONAL FINANCIAL GROUP AND GOLDMAN SACH, INC.] [TITLE AND ESCROW AGENTS] an enterprise.

2.    [SUNTRUST MORTGAGE, INC. A MERS MEMBER] [FINANCED CONSUMER CREDIT TRANSACTIONS WITHOUT FULL DISCLOUSRES AND VIOLATE THE CONSUMER FINANCIAL PROTECTION AGENCY, SEC, CFTC AND STATE AND FEDERAL REGULATIONS] [ALL IN CONCERNT ACTING AS LENDERS AND CREDITORS], directly or indirectly, such enterprise by engaging in at least two of the following incidents. [INSURANCE AND UNDERWRITING FRAUD SECURITIZING MORTGAGES OR CDO/CMOS USING UCC PLUS].

3.    Of those incidents in which [THE WIMER CASES, FAVREA ND BENNETT, LLC] was engaged at least two of them had the same or

similar [SUITS] [PENDING] [GILROY, HUNECUTT, SNYDER,
WASHINCHK, ANDERSON, JUDGE BARTON, MOUSER AND
MOUSER, SUNTRUST ROBINSON HUMPHREYS, IVESTOR
DOUGLAS, WARREN BUFFETT, OLD REPUBLIC, GENSPRING
FAMILY GENWORTH FINANCIAL, OWEN GJIARD, FIDELITY
NATIONAL FINANCIAL GROUP, PAUL HASTINGS, MOODYS
CREDIT RATING, BERK B, DON GRIFFITH, RICH WILLITS, PAIGE
WHALIY, ANDRE KEITH SANDERS, ALICIA CHUCK, CFTC CPO
OPERATORS] [THE PARTIES FAVRE AND BENETT, LLC
GRIFFINS, THE WIMER CASES, INVESTORS, CONSUMERS,
TAXPAYERS AND THE FEDERAL GOVERNMENT] [UNJUST
ENRICHMENT BY TAXPAYERS OR CONSUMERS AND FEDERAL
TARP FUND] or were interrelated by distinguishing characteristics and
were not isolated incidents.

An "enterprise" is an ongoing organization, formal or informal, that functions
both as a continuing unit and has a common purpose of engaging in a course of conduct.

## 26.8 CONSPIRACY TO ENGAGE IN PATTERN OF
## RACKETEERING ACTIVITY
### § 895.03(4), Fla. Stat.

A "conspiracy" is a combination or agreement of two or more persons to join
together to attempt to accomplish an offense which would be in violation of the law.  It is
a kind of "partnership in criminal purposes" in which each member becomes the agent of
every other member.

The evidence in the case need not show that the alleged members of the
conspiracy entered into any express or formal agreement or that they directly discussed
between themselves the details of the scheme and its purpose or the precise ways in
which the purpose was to be accomplished.  Neither must it be proved that all of the
persons charged to have been members of the conspiracy were such nor that the alleged
conspirators actually succeeded in accomplishing their unlawful objectives nor that any
alleged member of the conspiracy did any act in furtherance of the conspiracy.

What the evidence in the case must show beyond a reasonable doubt before you
may find the defendant guilty of conspiring to violate the RICO Act is:

1.      Two or more persons, in some way or manner, came to a mutual
        understanding to try to accomplish a common and unlawful plan, namely
        to engage in a "pattern of racketeering activity" as charged in the
        Information; and

2.      The defendant knowingly and willfully became a member of such
        conspiracy; and

3.      At the time the defendant joined such conspiracy, have prior knowledge [THE OUTSIDE COUNSEL FOR SUNTRUST BANKS, INC.] [GILROY, HUNEYCUTT, JOSE APONTE] did so with the specific intent either to personally engage in at least two incidents of racketeering, as alleged in the Information, or [he] [she] specifically intended to otherwise participate in the affairs of the "enterprise" with the knowledge and intent that other members of the conspiracy would engage in at least two incidents of racketeering, as alleged in the Information, as part of a "pattern of racketeering activity."

A person may become a member of a conspiracy without full knowledge of all of the details of the unlawful scheme or the names and identities of all of the other alleged conspirators.  So, if a defendant has an understanding of the unlawful nature of a plan and knowingly and willfully joins in that plan on one occasion, that is sufficient to convict [the DEFENDANTS] for conspiracy, even though did not participate before and even though played only a minor part.

Of course, mere presence at the scene of a transaction or event or the mere fact that certain persons may have associated with each other and may have assembled together and discussed common aims and interests does not necessarily establish proof of the existence of a conspiracy.  Also, a person who has no knowledge of a conspiracy but who happens to act in a way which advances some purpose of a conspiracy does not thereby become a conspirator.

"Pattern of racketeering activity" means engaging in at least two incidents of racketeering conduct that have the same or similar intents, results, accomplices, victims, or methods of commission or that otherwise are interrelated by distinguishing characteristics and are not isolated incidents.

An "enterprise" is an ongoing organization, formal or informal, that functions both as a continuing unit and has a common purpose of engaging in a course of conduct.

WHEREFORE, the PLAINTIFF(s) PRAYERS FOR RELIEF ARE AS FOLLOWS:

a result of a consumer credit transaction within an arm's length.  With the intent to harm EMC

resulted in the world's largest financial failure the banking and finance industry costing taxpayers

in excess of over $350B without disclosure to the citizens of the United States of America.  The

premeditated construct of the fraud, unfair deceptive trade practices and patterns are self evident.

### COUNT I
### UNFAIR DECEPTIVE TRADE PRACTICES AND PATTERNS

### COUNT II
### FEDERAL TRUTH AND LENDING ACT

### COUNT III
### REAL ESTATE SETTLEMENT PROCEDURES ACT,

### COUNT IV
### REGULATION Z

### COUNT V
### SECURITIES AND EXCHANGE COMMISSION ACT OF 1934

### COUNT VI
### CIVIL REVERSE FALSE CLAIMS ACT OF 2009

### COUNT VII
### FRAUD ENFORCEMENT RECOVERY ACT OF 2009

### COUNT VIII
### PROVISION 11 OF U.S.C §§ 362

### RELIEIF DEMANDED

1.      **As provided under seal, the restitution for violations of TILA, RESPA and**

**Regulation Z by a Financial Institution or Lender, Servicer relating to property, using**

**Unfair Deceptive Patterns Practices or Trade, with intent to harm borrower(s) of a class-**

**action, failure to provide all disclosures, respond, or violate ANTI-SLAPP statues, 1% of**

**the Creditor(s) Net Worth.**

2.      **Refer to the appropriate law enforcement officials for both civil and criminal**

**violations, both federal and state.**

**DATED: ATLANTA, GEORGIA**
**SEPTEMBER 18, 2009**

EMC SEARCH, LLC
DALE CAPELOUTO/MANAGING DIRECTOR

/s/ DALE CAPELOUTO
404-822-3031

Glenn RFAVRE Debtor
404 822 3031

Lien   1036  Pg   24
Filed and Recorded Nov-05-2008 01:14pm
2008-0290306
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

Return To:

Glenn Favre
Top To Bottom Renovations, LLC
110 S. Columbia Dr. #11
Decatur, GA 30030

## Materialman's and Mechanic's Claim of Lien
## State of Georgia, Fulton County

404-942-2715

Top To Bottom Renovations, LLC , engaged in the business of improving real estate by performing services, furnishing materials and/or equipment, claims a lien in the amount of $19,656.00 plus interest thereon as provided by law, upon a certain building and the real estate upon which it is erected of:

Eric N. Miller

property owner(s), for satisfaction of a claim which became due on 10/07/2008 for building, repairing, improving and/or furnishing material and labor for a building or structure. Said labor, materials, or equipment were furnished by the undersigned lien claimant at the instance of Eric Miller

The real estate in Fulton County, Georgia being more particularly described as:

Land Lot:  54    District:  17th
Being Known As: 570 Cresthill Avenue
Warranty Deed:  15315    . Page: 188

This notice and Claim of Lien is filed for record, in the Office of the Clerk of the Superior Court of this County where the property is located pursuant to O.C.G.A. 44-14-360, et.seq. within three (3) months since the last furnishing or performance of the aforementioned labor, service or material.

Top To Bottom Renovations, LLC

BY: _Glenn Favre_____          DATE: _11/5/08____
         Glenn Favre

ITS:    Owner _____

===================================== TO RELEASE CLAIM OF LIEN ================================

Instructions:   To release this lien in the public record filings, the Lien Claimant must sign the information below the original lien, then mail the original lien and a $7.00 check payable to "The Clerk of Superior Court of Fulton County".

Mail To:   Superior Court Clerk of Fulton County, 136 Pryor Street
            Atlanta, Ga  30303, Attn: Lien Filings.

This instrument is hereby cancelled and the Clerk of Superior Court of Fulton County, Georgia is hereby authorized and directed to satisfy it of record.

This the   _____  day of  _____ , _____ .

Top To Bottom Renovations, LLC

BY: _____          Title: _____

LLD-204-3031705-CE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO:  **BK 08-85264-mhm** |
| | ) | |
| GLENN R. FAVRE, | ) | |
| | ) | |
| Debtor, | ) | Chapter 7 |

| | | |
|---|---|---|
| SUNTRUST MORTGAGE, INC. | ) | |
| | ) | |
| Movant **26** | ) | **VIOLATION OF** |
| | ) | **11 U.S.C. 362 (b)** |
| VS. | ) | |
| | ) | **AUTOMATIC STAY** |
| GLENN R. FAVRE, | ) | **PROTECTIVE ORDER** |
| | ) | |
| Respondent. | ) | |

### EMERGENCY

### MOTION FOR INJUNCTIVE RELIEF AND SUMMARY JUDGEMENT

COMES now Debtor. Glenn Favre, a Georgia resident. (Debtor or "Favre")

request an emergency hearing by Honorable Judge Margret Murphy. United

States District Court of the Northern District of Georgia. who presided over the

proceedings of the estate for Glenn Favre.

### INJUNCTIVE RELIEF SOUGHT

WHEREFORE, Counter-Plaintiff Glenn R. Favre requests this Court enter

on behalf of Counter-Plaintiff. Glenn Favre Injunctive Relief and Order for and on the

estate and community property and Relief Granted and Discharged April 9, 2009,

CASE NO : 08-17070

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
GENERAL CIVIL DIVISION

| | |
|---|---|
| Suntrust Mortgage, Inc., a Virginia Corporation, | |
| Plaintiff, | |
| Vs. | CIVIL ACTION |
| Glenn R. Favre, and Cox Lumber Co., d/b/a HD Supply Lumber & Building Materials a/k/a HD Supply – LBM Cox Lumber Co., | CASE NO. 08-17979  DIVISION: C |
| Defendants. | |

## PLEA OF STAY IN BANKRUPTCY

COMES NOW THE DEFENDANT, Glenn R. Favre, by counsel, and files this "Plea of Stay in Bankruptcy," and shows to the Court as follows:

1.

Defendant Glenn R. Favre has filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, on December 9, 2008, same being Case No. A08-85264-MHM. The debt to Suntrust Mortgage, Inc. was included and discharged on April 7, 2009.

2.

The within Civil Action Case No. 08-17979 is stayed pursuant to the provisions of 11 U.S.C. Section 362 pending further order of the United States Bankruptcy Court.

**PLEASE NOTE: This notice is provided solely to inform this Court of the pending bankruptcy case and is not intended as an appearance in the instant action by the undersigned counsel.**

Respectfully submitted,

By: _____

Angela Little Hamilton, GBN 454087
Attorney for the Debtor(s)
543 E. Lanier Avenue
Fayetteville, GA  30214
(770) 716-0140

## CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the within and

foregoing Pleading by placing a true copy of same in the United States Mail with adequate

postage affixed to insure delivery, addressed to:

Suntrust Mortgage, Inc.
c/o Alice R. Huneycutt, Esquire
Stearns Weaver Miller Weissier Alhadeff & Sitterson, PA
401 E. Jackson Street, Suite 2200
Tampa, Florida 33602

Glenn R. Favre
110 South Columbia Drive, #11
Decatur, GA 30030

This 9th day of September, 2009

Angela Little Hamilton, GBN 454087
Attorney for the Debtor(s)
543 E. Lanier Avenue
Fayetteville, GA 30214
(770) 716-0140

# Docket

Name: FAVRE, GLENN                Person Id: @6100600                Party: D003        Party Closed - Status: 10/20/2008

UCN: 292007CA007640D003TA    Case Number: 07-CA-007640    Case Created: 06/20/2007 Division: C    Case Status: 06/24/2009 Reopened

Case Type Description: MORTGAGE FORECLOSURE        Court Type: CIRCUIT CIVIL

| Filing Date | Party | Description | Text |
|---|---|---|---|
| 06/30/2009 | **General** | NOTICE OF FILING | EXHIBIT A ATTCH |
| 06/25/2009 | **General** | CASE REOPENED | |
| 06/24/2009 | D001 | MOT TO RESCHEDULE/RESET SALE | |
| 06/24/2009 | **General** | NOTICE | DISCHARGE FROM BANKRUPTCY- AS TO GLENN FAVRE- |
| 06/24/2009 | **General** | NOTICE | OF DISCHARGE FROM BANKRUPTCY AS TO GEOFFREY HOLLAND AND JENNIFER HOLLAND |
| 12/24/2008 | D003 | BANKRUPTCY | |
| 12/24/2008 | **General** | BANKRUPTCY | |
| 12/23/2008 | D006 | BANKRUPTCY | |
| 12/23/2008 | D007 | BANKRUPTCY | |
| 12/23/2008 | **General** | BANKRUPTCY | |
| 11/17/2008 | **General** | CASE STATUS UPDATED | |
| 11/12/2008 | D007 | SUGGESTION OF BANKRUPTCY | |
| 11/12/2008 | D006 | SUGGESTION OF BANKRUPTCY | |
| 11/06/2008 | D002 | FINAL JUDGMENT CLOSING CASE | DOS 12-10-08 JMB 11-06-08 [NO NOS PROVIDED] |
| 11/06/2008 | D008 | FINAL JUDGMENT CLOSING CASE | DOS 12-10-08 JMB 11-06-08 [NO NOS PROVIDED] |
| 11/06/2008 | D010 | FINAL JUDGMENT CLOSING CASE | DOS 12-10-08 JMB 11-06-08 [NO NOS PROVIDED] |
| 11/06/2008 | D001 | FINAL JUDGMENT CLOSING CASE | DOS 12-10-08 JMB 11-06-08 [NO NOS PROVIDED] |
| 11/06/2008 | D009 | FINAL JUDGMENT CLOSING CASE | DOS 12-10-08 JMB 11-06-08 [NO NOS PROVIDED] |
| 11/06/2008 | D007 | FINAL JUDGMENT CLOSING CASE | DOS 12-10-08 JMB 11-06-08 [NO NOS PROVIDED] |
| 11/06/2008 | D003 | FINAL JUDGMENT CLOSING CASE | DOS 12-10-08 JMB 11-06-08 [NO NOS PROVIDED] |

*Violation of 362(B)*
*(Bankrupt.)*

# EXHIBIT H

*Willful violation 362(b) Automatic Stay.*

*(handwritten annotations throughout)*

# Docket

**Name:** COX LIMBER CO    **Person Id:** @6100591    **Party:** P001    **Party Status:** Opened

**UCN:** 292007CA007640P001TA    **Case Number:** 07-CA-007640    **Case Created:** 06/20/2007    **Division:** C    **Case Status:** Reopened 06/24/2009

**Case Type Description:** MORTGAGE FORECLOSURE    **Court Type:** CIRCUIT CIVIL

| Filing Date | Party | Description | Text |
|---|---|---|---|
| 06/30/2009 | **General** | NOTICE OF FILING | EXHIBIT A ATTCH |
| 06/25/2009 | **General** | CASE REOPENED | |
| 06/24/2009 | **General** | NOTICE | DISCHARGE FROM BANKRUPTCY- AS TO GLENN FAVRE- |
| 06/24/2009 | **General** | NOTICE | OF DISCHARGE FROM BANKRUPTCY AS TO GEOFFREY HOLLAND AND JENNIFER HOLLAND |
| 12/24/2008 | **General** | BANKRUPTCY | |
| 12/23/2008 | **General** | BANKRUPTCY | |
| 11/17/2008 | **General** | CASE STATUS UPDATED | |
| 10/29/2008 | **General** | LETTER TO CLERK FROM | FREDERICK L. MOUSER, ESQ. |
| 10/29/2008 | **General** | VOLUNTARY DISMISSAL OF CAUSE | AS TO DEFT JOHN A STOKES, UNDER COUNT VI OF PLTFS COMPLAINT |
| 10/21/2008 | **General** | CASE REOPENED | |
| 09/10/2008 | P001 | LETTER TO CLERK FROM | LAW OFFICES OF MOUSER & MOUSER, PA |
| 09/10/2008 | P001 | NOTICE OF HEARING | OCTOBER 16, 2008 9:00 AM |
| 08/22/2008 | P001 | MTN SUMM JGMNT W/ATCHD AFFDVTS | |
| 08/22/2008 | P001 | MTN SUMM JGMNT W/ATCHD AFFDVTS | |
| 08/22/2008 | P001 | MTN SUMM JGMNT W/ATCHD AFFDVTS | |
| 08/22/2008 | P001 | MTN SUMM JGMNT W/ATCHD AFFDVTS | |
| 08/22/2008 | P001 | MTN SUMM JGMNT W/ATCHD AFFDVTS | |
| 06/03/2008 | P001 | SATISFACTION OF LIEN | |
| 05/16/2008 | **General** | LETTER TO CLERK FROM | FREDERICK L MOUSER |
| 05/16/2008 | P001 | LIS PENDENS | DISCHARGE W/CHECK No. 2993 |
| 04/30/2008 | **General** | ORDER GRANT MOTION TO COMPEL | 4-29-08 JMB |
| 04/10/2008 | **General** | NOTICE OF HEARING | 04/29/08 AT 4:00 PM |
| 01/22/2008 | P001 | MOTION TO COMPEL | ANSWERS |
| 01/22/2008 | P001 | MOTION TO COMPEL | ANSWERS TO INTERROGS |
| 01/22/2008 | P001 | MOTION TO COMPEL | ANSWERS TO INTERROGS |
| 01/22/2008 | P001 | MOTION TO COMPEL | ANSWERS |
| 01/22/2008 | P001 | MOTION TO COMPEL | ANSWERS |
| 01/22/2008 | P001 | MOTION TO COMPEL | ANSWERS TO INTERROGS |
| 01/22/2008 | P001 | MOTION TO COMPEL | ANSWERS TO INTERROGS |

# Docket

**Name:** FAVRE, GLENN          **Person Id:** @6100600                    **Party:** D003  **Party Status:** Closed - 10/20/2008

**UCN:** 292007CA007640D003TA   **Case Number:** 07-CA-007640   **Case Created:** 06/20/2007  **Division:** C   **Case Status:** Closed - 11/06/2008

**Case Type Description:** MORTGAGE FORECLOSURE       **Court Type:** CIRCUIT CIVIL

| Filing Date | Party | Description | Text |
|---|---|---|---|
| 12/24/2008 | D003 | BANKRUPTCY | |
| 12/24/2008 | **General** | BANKRUPTCY | |
| 12/23/2008 | **General** | BANKRUPTCY | |
| 11/17/2008 | **General** | CASE STATUS UPDATED | |
| 11/06/2008 | D003 | FINAL JUDGMENT CLOSING CASE | DOS 12-10-08 JMB 11-06-08 [NO NOS PROVIDED] |
| 10/29/2008 | **General** | LETTER TO CLERK FROM | FREDERICK L MOUSER, ESQ. |
| 10/29/2008 | **General** | VOLUNTARY DISMISSAL OF CAUSE | AS TO DEFT JOHN A STOKES, UNDER COUNT VI OF PLTFS COMPLAINT |
| 10/21/2008 | **General** | CASE REOPENED | |
| 10/20/2008 | D003 | FINAL SUMMARY JUDGMENT | DOS 11-26-08 JMB 10-17-08 (NOS NOT ATCHD) |
| 05/16/2008 | **General** | LETTER TO CLERK FROM | FREDERICK L MOUSER |
| 04/30/2008 | **General** | ORDER GRANT MOTION TO COMPEL | 4-29-08 JMB |
| 04/10/2008 | **General** | NOTICE OF HEARING | 04/29/08 AT 4:00 PM |
| 08/29/2007 | D003 | SUMMONS RETURNED SERVED ON | GLENN FAVRE SERVED 8/9/07 |
| 06/20/2007 | D003 | SUMMONS ISSUED | |

compensation or expense reimbursement from the estate is authorized except as provided by

Bankruptcy Code §§ 330 and 331, on order of this Court following application, notice, and

hearing thereon.  It is further

O R D E R E D  that this Order is entered subject to written objection of the U.S.

Trustee or any other party in interest, filed within twenty (20) days from the date of service of

this Order.  In the event any written objections are filed within said period, then a hearing will be

held on notice to the objecting party and the Debtor.

### [END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.
Attorneys for the Chapter 7 Trustee

By: ___/s/ A. Alexander Teel_____
          A. Alexander Teel
          Georgia Bar No. 701490
3343 Peachtree Road NE, Suite 550
Atlanta, GA 30326-1022
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-3(c) (2), N.D.Ga.:**

A. Alexander Teel, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, GA 30326

Office of U.S. Trustee, 362 Richard Russell Building, 75 Spring Street SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 3343 Peachtree Rd., NE #200, Atlanta GA 30326-1420

Angela Little Hamilton, A.L. Hamilton & Associates, LLC, 543 E. Lanier Avenue, Fayetteville, GA 30214

Filed in Clerk's Office
a true copy certified
this 12th day of August 20 09
W. YVONNE EVANS, CLERK

By
    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    *     CHAPTER 7
GLENN ROYCE FAVRE                         *     CASE NO. 08-85264-MHM
                                          *     JUDGE MARGARET H. MURPHY
                                          *

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that Sean R. Quirk, on behalf of AMERICA'S SERVICING COMPANY, AS SERVICER FOR

THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP

MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR

STEAMS ALT-A TRUST 2004-6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ITS SUCCESSORS

OR ASSIGNS, hereby enters his appearance as attorney for AMERICA'S SERVICING COMPANY, AS SERVICER FOR

THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP

MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR

STEAMS ALT-A TRUST 2004-6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ITS SUCCESSORS

OR ASSIGNS in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that his name be added to the

mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all

papers served or required to be served in this case be given to and served upon the following:

Shapiro & Swertfeger
2872 Woodcock Boulevard, Suite 100
Atlanta, GA 30341-3941

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the

Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints,

demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the

foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated April 2, 2009.

/s/ Sean R. Quirk
Sean R. Quirk
Georgia Bar Number #591467

2872 Woodcock Boulevard, Suite 100
Atlanta, GA 30341-3941
(770) 220-2535

GLENN R. FAVRE
1 1 0 S. COLUMBA DR. 1 1
DECATUR, GA 30030
404-822-3031

## RELIEF REQUESTED

### EMERGENCY MOTION FOR INJUNCTIVE RELIEF AND SUMMARY JUDGEMENT

WHEREFORE, Counter-Defendant Glenn R. Favre and Favre and Bennett, LLC included in
the estate of Voluntary Chapter 7 Case No: 08-147979 entered into Federal Bankruptcy Court
Northern District Georgia Atlanta Division on 12/9/2008 and Discharged No Assets No Distributions
on 4/9/2009.    Granting relief to the Estate that included the Community Assets included in the
Debtor(s) Schedule of Secured Creditors, a clear violation of an Automatic Stay Fed Bank R.
Provision 11 U.S.C. 362(b).  Glenn R. Favre and named community assets seek injunctive relief for
any further attempts to collect, initiate, obtain, contact, obligate or present for payment as said debt
was denied as dishonor for payment.

1.      A Summary Judgment in the total amount of $424,000.00 to Dale Capelouto and
EMC Search, LLC for the professional consulting services rendered, attorney's fees, expenses,
creditors failure to respond, nor pay for the product liability, non-disclosure, false claims by the
Firms former, and current clients from February of 2008 to September 2009, and
are the direct result of this Relief sought.

2.      The Debtor's Prayer for Relief for the compensatory, punitive and tremble damages
sustained, both from Financial Post Traumatic Stress Disorder, Several Heart Attacks, and the lost of
his business and onset of disability, all thru Chapter 7 Protection.

3.      Movant 26th Prior knowledge in June 2008 of the non-disclosure would suggest false
claims by a creditor with the intent to harm under "class action" restitution. Alice Honeycutt, Andre
Keith Sanders, Alicia Chuck, Owen Gijard, Goldman Sachs, Inc. Fidelity National Financial Group
Insurance and Bad Faith to pay 7 claims on the non-disclosed PMI and LPMI from the Limited Cash
Out Rei Mort. 30 Year LIBOR Interest Only w/ Option ALT-A without disclosure and have been
contacted in court and phone conferences for demands to sign for the debt or security interested
terminated 4/9/2009.

4.      I pray for all that the court deems just and proper for violations of four (4) properties

violating all federal and state TILA, RESPA Reg. Z. and FTC with the intent to defrauded investors,

the public, made false claims, defamatory statements, the theft of homes in the sub-prime market and

should be referred to the appropriate   legal and law enforcement officials for the unlawful conduct of

the firms members, directors, agents and counsel.

5.      With the Civil Conspiracy and RICO committed by the parties, individual and

wholly, SunTrust Mortgage, Inc M.E.R.S. Members and Servicers, Title Agents From Fidelity

National Financial Group such as Monica Gilroy for Investment firms such as Goldman Sachs, Inc.

Berkshire Hathaway Bancorp. BERK B, for unjust enrichment and theft of properties.

6.      The Plaintiff's Respectfully Submits the above Emergency Motion For Injunctive

Relief and Summary Judgment the Estate of Glenn R. Favre and the United States of America by the

Defendants disgorgement, benefits, or profits from said unlawful activity and return said estate to the

United States Government for Seizer. Plaintiff's community property included in the estate of Mr.

Glenn Favre respectfully demands compensatory damages in the amount of $100,000,000.00 for the

four deeds in lieu., property title to debtor 1914 Columbus Dr and the termination of said security

interest of the Firms non-disclosed financing, the unlawful taking and proceeding to collect, obtain

and litigate the of community property of Favre and Bennett, LLC, and assets included

administered the estate, granted and discharged all debts including 1816 15th Avenue LLC, Lot 14

Essex LLC, 6240 Lakeview Ct Bear & Stern ALT -A Pass Thru Certificate 2004-06 MBS from Sun

Trust Mortgage, Inc., Rex Georgia. Entered 12/9/2008 and in 4/9/2009 the Trustee's final report to

creditors regarding the abandonment of assets, no distributions, the compensatory damage claim,

attorneys' fees and litigation expenses, treble damages, and for such other and further relief as the

the Court deems just and proper.

II

7.       The Firms intent to cause harm, pattern and practice of the Firms Agents, Servicers provided under "class actions" for relief to borrowers for damages under TILA, RESPA and REG Z. To be paid without delay, 1% of the Firms net worth:

(a) With regard to Respondents actions against the property of the United States of America as of December 9, 2008, a direct violation of Federal Bankruptcy Code, FDCA and any attempt to collect, enforce, proceed with litigation, to obtain community property of said estate or to enforce security interest terminated in the estate and discharged April 9, 2009. Favre & Bennett, LLC's three investments but never took possession of nor received any benefit: 1914 Columbus Dr LLC, (Glenn Favre Managing Member), Lot 14 Essex, LLC (Allen Scott Bennett Managing Member), and 1816 15th Ave (John A. Stokes, Managing Member, and that of debtor Glenn R. Favre's Domestic Partner, Dale Capelouto.

(b) Motion For Relief From Final Order or Decree in Federal Bankruptcy Court Northern District of Georgia Atlanta Division Case No: 08--85264-mhm. In and thru the 11th Circuit Court of Appeals by and thru this Motion For Injective Relief from the Honorable Judge Margaret Murphy's final discharge of Glenn R. Favre's estate and Mr. Hays, upon fully administering, and ordering no assets no distributions, to included assets in the scheduled debtor(s) application for relief in Voluntary Chapter 7, to expunge all records of all actions by the Firms, their agents, directors. their employees as provided under TILA, RESPA, Reg. Z regarding Lenders or Servicers failure to disclose, respond or correct consumer credit transactions errors under RESPA and provided under RESPAs damages by Lenders numerous repeated, pattern, practice or trade with the intent to harm, 1% of each Firms Net Worth.

8.       Acting against or violating a direct Federal Bankruptcy Order provision 11 Fed. Bank. R. 362 Automatic Stay, continue with any litigation, take possession, community property, security interest or lien covered in or debt discharged in said estate.

9.       Awarding Favre's Estate its costs and attorneys' fees reasonably incurred in connection with this proceeding; and including the U.S.A.

10.       Granting, Plaintiff other relief this court deems just and proper.

Dated: Atlanta, Georgia
September 30, 2009

Respectfully submitted,
By:

/s/
GLENN K. FAVRE
FAVRE AND BENNETT, LLC

110 S Columbia Drive 11
Decatur, GA 30030
Telephone: (404) 734-5166
Facsimile: (404) 373-1137
Charles M. Hall, Esq
404-523-2305

|||



## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SUNTRUST MORTGAGE, INC., a Virginia Corporation

                    Petitioner,

CASE NO.: 08-CA-017979

DIVISION: C

And

GLENN R. FAVRE pro se

                    Respondent.

### ORDER ALLOWING TELEPHONIC HEARING

BEFORE THE COURT is the [  ] Petitioner [x ] Respondent Motion to Appear Telephonically. The premises considered, it is

ORDERED AND ADJUDGED that the [  ] Petitioner [ ] Respondent may appear telephonically for the hearing scheduled for August 4, 2009 1430 (2:30 p.m.) by calling 8132726781 _____ to be connected to the Judge's Chambers. It is the [  ] Petitioners [x ] Respondents responsibility to place this telephone call at the designated time.

DONE AND ORDERED in Chambers at Tampa, Florida, Hillsborough County, Florida, This 23rd day of July, 2009.

_____
Circuit Judge

Copies: _____
        Petitioner
        Respondent

 **COPY**

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SUNTRUST MORTGAGE, INC., a Virginia Corporation

                        Petitioner,

And

**GLENN R. FAVRE pro se**

                        Respondent.

CASE NO.: **08-CA-017979**

DIVISION: **C**

### ORDER ALLOWING TELEPHONIC HEARING

BEFORE THE COURT is the [  ] Petitioner [x] Respondent Motion to Appear Telephonically. The premises considered, it is

ORDERED AND ADJUDGED that the [  ] Petitioner [  ] Respondent may appear telephonically for the hearing scheduled for **August 4, 2009 1430 (2:30 p.m.)** by calling **8132726781** to be connected to the Judge's Chambers. It is the [  ] Petitioners [x] Respondents responsibility to place this telephone call at the designated time.

DONE AND ORDERED in Chambers at Tampa, Florida, Hillsborough County, Florida, This __2 3rd__ day of __July__, 20__09__.

                                        _James W Barton_

                                        Circuit Judge

Copies: _____
        Petitioner
        Respondent

FAX: 202. 357. 6461

## CIVIL COVER SHEET (COMPLEX BUSINESS LITIGATION DIVISION)

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.

**I.    CASE STYLE**

In the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County, Florida

SunTrust
_____
Plaintiff(s),

vs.

Glenn Favre ,
_____
Defendant(s).

Case # 08-CA-014979

Judge Barton

**II.    TYPE OF CASE**    (Place an X in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| ☐ Simplified dissolution | ☐ Prof. Malpractice | ☐ Contracts |
| ☐ Dissolution | ☐ Products Liability | ☐ Condominium |
| ☐ Support IV-D | ☐ Auto Negligence | ☒ Real Property/Mortgage Foreclosure |
| ☐ Support Non IV-D | ☐ Other Negligence | ☐ Eminent Domain |
| ☐ URESA - IV-D | | ☐ Challenge to proposed |
| ☐ URESA - Non IV-D | | constitutional amendment |
| ☐ Domestic Violence | | ☐ Other |
| ☐ Other Domestic Relations | | |

■ **THIS CASE IS APPROPRIATE FOR ASSIGNMENT TO THE COMPLEX LITIGATION BUSINESS DIVISION. PLEASE SEE ATTACHED COMPLEX BUSINESS LITIGATION DIVISION ADDENDUM FORM.**

**III.    IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒ Yes    ☐ No

Date: Aug 13, 2009

Signature of Attorney for
Party Initiating Action

American LegalNet, Inc.
www.FormsWorkflow.com

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
GENERAL CIVIL DIVISION

SUNTRUST MORTGAGE, INC., a Virginia Corporation
Plaintiff,

V.

GLENN R. FAVRE pro se                    CASE NO. 08-CA-017979
Counter-Plaintiff/Defendant

COX LUMBER CO. d/b/a HD
SUPPLY LUMBER & BUILDING MATERIALS a/k/a
HD Supply -- LBM Cox Lumber Co.,
Defendants.

## DEFENDANT GLENN R FAVRE'S AMENDED SECOND AND THIRD COUNTER CLAIMS PER THE LEAVE GRANTED BY THE COURT Of TILA, RESPA, AND REGULATION Z VIOLATIONS ALONG WITH UNFAIR AND DECEPTIVE TRADE PRACTICES that violate 501 s FL 201:213, USURY VIOLATIONS 39 FL687.01 AND REQUEST FOR DECLARATORY JUDGMENT.

NOW COMES, Glenn R. Favre ("Favre" or "Counter-Plaintiff ") and files these amended

counter claims of Breach of Fiduciary Duty and Negligent MISREPRESENTATION.  In the

Amended Counter Claims, the Counter-Plaintiff would like to add the violations **USURY,**

**Violations of TILA, RESPA, REG. Z and UNFAIR AND DECEPTIVE TRADE**

**PRACTICES RICO** to the complaint, to answer the Complaint of SunTrust Mortgage, Inc.

("SunTrust" or "Plaintiff"), and shows the Court as follows:

paid, plus interest at the rate prescribed in Paragraph 3 from this date to the date of the sale; and by retaining any remaining amount pending further Order of this Court.

9. On filing of the Certificate of Title, defendant and all persons claiming under or against defendant since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the purchaser at sale shall be let into possession of the property. On filing of the Certificate of Sale, defendant's right of redemption as proscribed by Florida Statutes, Section 45.0315 shall be terminated.

10. The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that _____ hours were reasonably expended by plaintiff's counsel and that an hourly rate of $160.00 is appropriate. PLAINTIFF'S COUNSEL CERTIFIES THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 So.2d 1145 (Fla. 1985).

11. Pursuant to Florida Statutes, Section 45.031:

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT AT 813-276-8100 EXT. 4733 WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT BAY AREA LEGAL SERVICES, 829 W. DR. MARTIN LUTHER KING BOULEVARD, 2ND FLOOR, TAMPA, FLORIDA, 33603-3336, TELEPHONE

# UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
    **Glenn Royce Favre**
    110 South Columbia Drive
    #11
    Decatur, GA 30030

    xxx-xx-8670

Case No.: **08-85264-mhm**
Chapter: **7**
Judge: **Margaret Murphy**

## DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above-entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Margaret Murphy
United States Bankruptcy Judge

Dated:   April 7, 2009

Form 182

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

Filed in Clerk's Office and
a true copy certified
this 12 day of AUG 20 09
W. YVONNE EVANS, CLERK

By: _____
Deputy Clerk

B6D (Official Form 6D) (12/07)

Jn re    **Glenn Royce Favre**                                                    Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxxxxxx7401  Americas Servicing Company 7485 New Horizon Way Frederick, MD 21703 | | H | | | 2/1/2004  First Mortgage  house & lot @ 6240 Lakeview Court Rex, GA  30273 | | | | | |
| | | | | | Value $              130,000.00 | | | | 110,693.00 | 0.00 |
| Account No. xx0091  BMW Financial Services 5550 Britton Parkway Hilliard, OH 43026-7456 | | H | | | 12/1/2007  title lien  leased 2007 BMW X3 | | | | | |
| | | | | | Value $              25,000.00 | | | | 25,000.00 | 0.00 |
| Account No.  Cox Lumber d/b/a HD Supply Lumber & Building Materials c/o Mouser & Mouser, PA 1032 9th Street North Saint Petersburg, FL 33705 | | H | | | 2005  judgment & construction lien  house under construction & lot @ 1914 E. Columbus Drive, Tampa, FL  33605; business debt | | | | | |
| | | | | | Value $              153,000.00 | | | | 3,500.00 | 3,500.00 |
| Account No.  Ford Motor Credit P.O. Box 105697 Atlanta, GA 30348-5697 | | H | | | title lien  (surrender)  2008 Ford F150 Midbox; business debt | | | | | |
| | | | | | Value $              26,000.00 | | | | 28,000.00 | 2,000.00 |
| **_1_** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 167,193.00 | 5,500.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

**From:** Glenn Favre [mailto:glenn@toptobottomrenovations.com]
**Sent:** Saturday, February 02, 2008 11:02 AM
**To:** 'tampa.division@ic.fbi.gov'
**Cc:** 'Scott Bennett'

**Subject:** MORTGAGE FRAUD

To Whom It May Concern:
I have just discovered that I have been the victim of mortgage fraud and theft by the
parties mentioned below. Attached you will find American Express disputed charges
from account ending ***42001 that was issued to Keith Sanders an additional card
holder. The card was issued to him to pay for materials and supplies necessary to
complete the construction of the properties mentioned. Also, after researching the charges
I discovered he charged over $10,000.00 to his own company Urban Craftsman Homes of
Florida, LLC. After confronting him, his finally disclosed his prior knowledge of the
theft, and tried to cover it up. He is a member of the Florida State Bar and failed his duty
of loyalty and was in conflict of interest diverting funds to Urban Craftsman Homes of
Florida, LLC which he owns. He also tried to intimidate me with a lawsuit if I reported
the theft or mortgage fraud committed by him.

Andre Keith Sanders, Inc, (Individually and Jointly)
Urban Craftsman Homes of Florida, LLC
George H Mckelvin, III
Denny Sanders Construction, Inc.

Mr. Sanders obtained mortgages illegally from Suntrust Mortgage, Inc. representing Allen
Scott Bennett, John Stokes, and Glenn Royce Favre for the loans referenced below by
misleading, falsifying loan applications, and non-disclosure regarding his business
relationship he represented to Florida Title Insurance, LLC, Suntrust Mortgage, Inc.,
Chicago Title Insurance, and all parties concerned. The homes are not completed, and the
loans have been exhausted totally over $1M in mortgages for the parties concerned.

LOAN #0031366321
LOAN #0030623276
LOAN # 0031366248

He has fled to Costa Rica after we discovered the fraud and theft and I was going to
Florida to inspect the properties and books. He does not have the records.
I am in the process of retaining a new attorney and will consult further. Please contact me
anytime at 404-822-3031. Scott Bennett (770) 823-1658.

Regards,

Glenn Favre

**DISCHARG, CLOSED**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 08-85264-mhm

*Assigned to:* Judge Margaret Murphy
Chapter 7
Voluntary
No asset

*Date filed:* 12/09/2008
*Date terminated:* 04/07/2009
*Debtor discharged:* 04/07/2009

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| ***Debtor*** | represented by **Angela Little Hamilton** |
| **Glenn Royce Favre** | Angela Little Hamilton |
| 110 South Columbia Drive | 543 E. Lanier Avenue |
| #11 | Fayetteville, GA 30214 |
| Decatur, GA 30030 | (770) 716-0140 |
| SSN / ITIN: xxx-xx-8670 | Fax : (770) 716-0640 |
| | Email: |
| | angelalham@yahoo.com |

| | |
|---|---|
| ***Trustee*** | represented by **A. Alexander Teel** |
| **S. Gregory Hays** | Lamberth, Cifelli, Stokes, Ellis |
| Hays Financial Consulting, LLC | & Nason |
| Suite 200 | East Tower, Suite 550 |
| 3343 Peachtree Road, NE | 3343 Peachtree Road, NE |
| Atlanta, GA 30326-1420 | Atlanta, GA 30326-1022 |
| (404) 926-0060 | 404-262-7373 |
| | Email: AAT@lcsenlaw.com |
| | |
| | **S. Gregory Hays** |
| | Hays Financial Consulting, LLC |
| | Suite 200 |
| | 3343 Peachtree Road, NE |
| | Atlanta, GA 30326-1420 |
| | (404) 926-0060 |
| | Fax : (404) 926-0055 |
| | Email: |
| | ghays@haysconsulting.net |

***U.S. Trustee***
**Office of the US Trustee**
Suite 362

Filed in Clerk's Office and
a true copy certified
this 12 day of Aug 20 09
W. YVONNE EVANS, CLERK

by _____
Deputy Clerk

# Docket

**Name:** STOKES, JOHN A    **Person Id:** @6100614    **Party:** D009    **Party Closed - Status:** 10/20/2008

**UCN:** 292007CA007640D009TA    **Case Number:** 07-CA-007640    **Case Created:** 06/20/2007    **Division:** C    **Case Closed - Status:** 11/06/2008

**Case Type Description:** MORTGAGE FORECLOSURE    **Court Type:** CIRCUIT CIVIL

| Filing Date | Party | Description | Text |
|---|---|---|---|
| 12/24/2008 | **General** | BANKRUPTCY | |
| 12/23/2008 | **General** | BANKRUPTCY | |
| 11/17/2008 | **General** | CASE STATUS UPDATED | |
| 11/06/2008 | D009 | FINAL JUDGMENT CLOSING CASE | DOS 12-10-08 JMB 11-06-08 [NO NOS PROVIDED] |
| 10/29/2008 | **General** | LETTER TO CLERK FROM | FREDERICK L MOUSER, ESQ. |
| 10/29/2008 | **General** | VOLUNTARY DISMISSAL OF CAUSE | AS TO DEFT JOHN A STOKES, UNDER COUNT VI OF PLTFS COMPLAINT |
| 10/21/2008 | **General** | CASE REOPENED | |
| 10/20/2008 | D009 | FINAL SUMMARY JUDGMENT | DOS 11-26-08 JMB 10-17-08 (NOS NOT ATCHD) |
| 05/16/2008 | **General** | LETTER TO CLERK FROM | FREDERICK L MOUSER |
| 04/30/2008 | **General** | ORDER GRANT MOTION TO COMPEL | 4-29-08 JMB |
| 04/10/2008 | **General** | NOTICE OF HEARING | 04/29/08 AT 4:00 PM |
| 08/29/2007 | D009 | SUMMONS RETURNED SERVED ON | JOHN A. STOKES 8/9/07 |
| 06/20/2007 | D009 | SUMMONS ISSUED | |

*(handwritten annotations:)* FAWRET BENNETT    1914 Columbus LLC    FAWRET. YOLCT
1816 15th AVE LLC    STOKES.

B6D (Official Form 6D) (12/07)

In re __Glenn Royce Favre__      Case No. _____

         Debtor

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. xxxxxxxxx7401<br><br>**Americas Servicing Company**<br>7485 New Horizon Way<br>Frederick, MD 21703 | | H | | | | 2/1/2004<br><br>First Mortgage<br><br>house & lot @<br>8240 Lakeview Court<br>Rex, GA 30273 | | | | | |
| | | | | | | Value $     130,000.00 | | | | 110,693.00 | 0.00 |
| Account No. xx0091<br><br>**BMW Financial Services**<br>5550 Britton Parkway<br>Hilliard, OH 43026-7458 | | H | | | | 12/1/2007<br><br>title lien<br><br>leased 2007 BMW X3 | | | | | |
| | | | | | | Value $     25,000.00 | | | | 25,000.00 | 0.00 |
| Account No.<br><br>**Cox Lumber d/b/a<br>HD Supply Lumber & Building Materials**<br>c/o Mouser & Mouser, PA<br>1032 9th Street North<br>Saint Petersburg, FL 33705 | | H | | | | 2005<br><br>Judgment & construction lien<br><br>house under construction & lot @<br>1914 E. Columbus Drive,<br>Tampa, FL 33605; business debt | | | | | |
| | | | | | | Value $     153,000.00 | | | | 3,500.00 | 3,500.00 |
| Account No.<br><br>**Ford Motor Credit**<br>P.O. Box 105697<br>Atlanta, GA 30348-5697 | | H | | | | title lien (surrender)<br><br>2008 Ford F150 Midbox; business debt | | | | | |
| | | | | | | Value $     28,000.00 | | | | 28,000.00 | 2,000.00 |

__1__    continuation sheets attached

Subtotal<br>(Total of this page)     167,193.00     5,500.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

| | | | |
|---|---|---|---|
| | | | was pending for 3 months. Assets Abandoned: $ 630185.00, Assets Exempt: Not Available, Claims Scheduled: $ 798135.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 798135.00. Filed by S. Gregory Hays on behalf of S. Gregory Hays. (Hays, S.) |
| 03/19/2009 | | <u>25</u> | Reaffirmation Agreement With Debtor filed by Wells Fargo Bank N.A., Wells Fargo Auto Finance. (Wells Fargo Financial Acceptance) |
| 03/17/2009 | | <u>24</u> | Motion for Relief from The Automatic Stay filed by Peter J. Ross on behalf of Syed Hussain , Kamran Gulfraz . (proposed order submitted to chambers) (lcm) (Entered: 03/18/2009) |
| 03/16/2009 | | <u>23</u> | Certification of Financial Management Course for Debtor filed by Angela Little Hamilton on behalf of Glenn Royce Favre. (Hamilton, Angela) |
| 03/13/2009 | | <u>22</u> | Withdrawal of Document filed by H. Tucker Dewey on behalf of BMW Financial Services NA, LLC. (related document(s) <u>14</u> Motion for Relief from Stay)(Dewey, H.) |
| 03/12/2009 | | <u>21</u> | BNC Certificate of Service of Order Service Date 03/12/2009. (Admin.) (Entered: 03/13/2009) |
| 03/10/2009 | | <u>20</u> | Order that this case is not subject to dismissal under 521(i)(1).. (jkh) |
| *Requested by partner. to Set $ 1.1* M, 03/09/2009 | | { | COMES NOW the Chapter 7 Trustee in the above-styled case and reports that the Trustee is investigating the possibility of the recovery of assets in this case for the benefit of the creditors. No party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. 521(i)(2). Filed by S. Gregory Hays on behalf of S. Gregory Hays. (Hays, S.) |
| 03/06/2009 | | <u>19</u> | BNC Certificate of Service of Order on Application to Employ Service Date 03/06/2009. (Admin.) (Entered: 03/07/2009) |
| 03/04/2009 | | <u>18</u> | Order GRANTING Trustee's Application to Employ Attorneys Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., subject to the objection of the U.S. Trustee.(Related Doc # <u>17</u> ). Service by BNC. Entered on 3/4/2009. (lcm) |



**WHISTLEBLOWER OFFICE**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

August 11, 2009

Dale Capelouto
110 S. Columbia Dr 11
Decatur, GA  30030

Dear Mr. Capelouto:

We received your Form 211 and it has been assigned the following claim numbers: 2009-005798, 2009-005799, 2009-005800, 2009-005801, 2009-005802 & 2009-005803.

The information you provided will be evaluated to determine if an investigation is warranted and an award is appropriate.  Although we may need to contact you to discuss the information submitted, we can not tell you specific details about what actions we will be taking, if any, using the information you gave us. Internal Revenue Code Section 6103 protects the tax information of all taxpayers and prevents us from making these disclosures.  At the conclusion of the review and investigation, we will only be able to tell you whether or not the information you provided met our criteria for paying an award.

Should you have any questions, Whistleblower Office analyst Marty Basson has been assigned to your claim and can be reached at 954-423-7232.

Sincerely,

*Dale M. Cundiff*

Dale Cundiff
Staff Assistant
Whistleblower Office

CC:
Marty Basson

**09 - 9069**

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) 26 |
|---|---|

| PLAINTIFFS Payne Bennett Griffin Stokes Carelouto et al. USA. | DEFENDANTS SunTrust Bank Holdings. et al. Fidelity National Financial Group. Goldman sachs, inc. et al. |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.) U.S. Trustee | ATTORNEYS (If Known) Raymond Fortin - Monica Gilroy Owen Gjard - FNFG - Alicia Huneeus H. Don Griffith  Goldman Sachs |
| PARTY (Check One Box Only) □ Debtor ☒ U.S. Trustee/Bankruptcy Admin □ Creditor □ Other ☒ Trustee | PARTY (Check One Box Only) □ Debtor ☒ U.S. Trustee/Bankruptcy Admin ☒ Creditor ☒ Other   NON Disclosed Parties □ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

EFCA, TILA, RESPA, NEG REP., Reg Z, Unjust Enrichment, FERA, SEC CFTC, FDCA, 362(B) Stay Violation.  127(e)(f)(6)  FERA EESA
Overturn 701. Chapter 7 Discharge and Remove from Record.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| FRBP 7001(1) – Recovery of Money/Property | FRBP 7001(6) – Dischargeability (continued) |
|---|---|
| □ 11-Recovery of money/property - §542 turnover of property | □ 61-Dischargeability - §523(a)(5), domestic support |
| □ 12-Recovery of money/property - §547 preference | ☒ 68-Dischargeability - §523(a)(6), willful and malicious injury |
| □ 13-Recovery of money/property - §548 fraudulent transfer | □ 63-Dischargeability - §523(a)(8), student loan |
| ☒ 14-Recovery of money/property - other | □ 64-Dischargeability - §523(a)(15), divorce or separation obligation |
| | (other than domestic support) |
| **FRBP 7001(2) – Validity, Priority or Extent of Lien** | □ 65-Dischargeability - other |
| ☒ 21-Validity, priority or extent of lien or other interest in property | |
| | **FRBP 7001(7) – Injunctive Relief** |
| **FRBP 7001(3) – Approval of Sale of Property** | ☒ 71-Injunctive relief – imposition of stay  362 B Stay |
| □ 31-Approval of sale of property of estate and of a co-owner - §363(h) | □ 72-Injunctive relief – other |
| **FRBP 7001(4) – Objection/Revocation of Discharge** | **FRBP 7001(8) Subordination of Claim or Interest** |
| ☒ 41-Objection / revocation of discharge - §727(c),(d),(e) | □ 81-Subordination of claim or interest |
| **FRBP 7001(5) – Revocation of Confirmation** | **FRBP 7001(9) Declaratory Judgment** |
| ☒ 51-Revocation of confirmation | ☒ 91-Declaratory judgment |
| **FRBP 7001(6) – Dischargeability** | **FRBP 7001(10) Determination of Removed Claim or Cause** |
| ☒ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims | □ 01-Determination of removed claim or cause |
| ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud | **Other** |
| □ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny | □ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq. |
| — (continued next column) | ☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |

*Filed in U.S. Bankruptcy Court Atlanta, Georgia*
*OCT 14 2009*
*Ms. Regina Thomas, Clerk*
*Deputy Clerk*

| ☒ Check if this case involves a substantive issue of state law | ☒ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ 1% of creditor net worth / each |
| Other Relief Sought   Expunge all records prior to this filing Writ of execution for U.S. Trustee to obtain property of Payne and Bennett. | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR Glenn Royce Farre | BANKRUPTCY CASE NO. 0 8 - CA - 35264 | |
| DISTRICT IN WHICH CASE IS PENDING Northern District of Georgia | DIVISION OFFICE Atlanta | NAME OF JUDGE Margaret Murphy |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF Dale Caper Outo. et. al. U.S.A. | DEFENDANT Sun trust Mortgage & Bank. | ADVERSARY PROCEEDING NO. 26 |
| DISTRICT IN WHICH ADVERSARY IS PENDING Northern District Georgia | DIVISION OFFICE Atlanta | NAME OF JUDGE Margaret Murphy |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) Dale Caper Outo for the Search et al. & U.S. Trustee | | |
| DATE 14 OCT 09 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) Glenn R. Farre Benia Gr for John Stokes Dale Caper Outo Scott Bennott by U.S. Trustee | |

**INSTRUCTIONS**

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# 09-9069   Judge _μhm_

## NEW ADVERSARY CHECKLIST

( ✓ )   Complete Filing
(   )   Incomplete Filing

### Check-mark the following documents that are missing:

(   )   Summons
(   )   Adversary Cover Sheet
(   )   Complaint

Customer was given:

☐  Letter Attached

☐ Summons ☐ Adversary Cover Sheet
At Intake Counter Date_____

☐ Summons ☐ Adversary Cover Sheet
Sent via US mail  Date_____

| **FEE** |
| --- |
| PAID _____ |
| DEFERRED _____ |
| NOT REQUIRED ✓ _____ |