October 21, 2009

Case # 09-9069
Bankruptcy Case # 08-85264-mhm

Attached is my original signature to be added to the complaint.

Best Regards,

*Allen Scott Bennett*

Allen Scott Bennett
770 823-1658

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

OCT 26 2009 PM02:57

N. REGINA THOMAS,
CLERK

BY: _____
DEPUTY CLERK

IN THE UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF GEORGIA

FILED
IN CLERK'S OFFICE
U.S BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

OCT 14 2009 PM 04:7

M. REGINA THOMAS,
CLERK

GLENN ROYCE FAVRE;
ALAN SCOTT BENNETT;
BERNICE AND DARRYLL GRIFFIN; J
OHN A STOKES DALE CAPELOUTO
,
                      Plaintiff(s),
      -versus-

SUNTRUST BANKS HOLDINGS, et. al,
FIDELITY NATIONAL FINANCIAL GROUP
, et. al.; GOLDMAN SACHS HOLDINGS, INC
et. al.,          Defendants.

Civil Action
File Number Heather Dillard
DEPUTY CLERK
Judge _____

**09 - 9069**

## COMPLAINT
FOR VIOLATIONS OF TILA, RESPA, REG. Z., CIVIL RICO, SEC, CFTC, MALICE, NEGLIGENT MISREPRESENTION, INTENT TO DEFRAUD CONUSMERS, CIVIL FALSE CLAIMS

### 26.2 RICO – Use Or Investment Of Proceeds From Pattern Of Racketeering Activity
### § 895.03(1), Fla. Stat.

To prove the crime of Unlawful Use or Investment of Proceeds from a Pattern of Racketeering Activity, the State must prove the following four elements beyond a reasonable doubt:

1.    At least two of the following incidents occurred:

FAVRE *& BENNETT, LLC; BERNICE AND DARRYLL GRIFFIN; THE
    WIMER CASES, NC.

2.    Of those incidents which did occur, at least two of them had the same or similar [REDUCE PAYMENTS OR OBLIGATIONS TO THE FEDERAL GOVERNMENT I.E. TARP FRAUD] [UNJUSTLY ENRICH OR DEFRAUD INVESTORS] [IN TANDEM WORKING TOGETHER AS CONDUITS TO DEFRAUD CONSUMERS AND INVESTORS AND THE FEDERAL GOVERNMENT] [GLENN R. FAVRE, SCOTT BENNETT, JOHN STOKES, BERNICE GRIFFIN, DARRYLL GRIFFIN, THE 13 WIMER CASES NC. THE FEDERAL GOVERNMENT] [PAYMENT TO PERPITRATE THE FRAUD BY TITLE AGENTS OROUTSIDE COUNSEL AND RELATED INSURANCE FIRMS WITH UNDERWRITERS] or were interrelated by distinguishing characteristics and were not isolated incidents.

DATED: ATLANTA, GEORGIA
SEPTEMBER 18, 2009

EMC SEARCH, LLC
DALE CAPELOUTO, MANAGING DIRECTOR

/s/ DALE CAPELOUTO
404-822-3031

Glenn R Favre   Debtor
404 822 3031

Alk Scott Bennett
Allen Scott Bennett
770 823-1658

OCT 26 2009 PM02:57

BY: _____ DEPUTY CLERK
H. REGINA THOMAS, CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA