IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| GLENN R. FAVRE<br>ALAN SCOTT BENNETT<br>BERNICE AND DARRYLL GRIFFIN; J<br>OHN A STOKES DALE CAPELOUTO<br><br>Plaintiff(s),<br><br>v.<br><br>SUNTRUST BANKS HOLDINGS, et al.,<br>FIDELITY NATIONAL FINANCIAL GROUP,<br>et al.; GOLDMAN SACHS HOLDINGS, INC,<br>et al.<br><br>Defendant(s) | HON. MARGARET<br>MURPHY<br><br>ADVERSARY<br>PROCEEDING NO.<br>09-9069 |

## THE GOLDMAN SACHS GROUP, INC.'S MOTION
## FOR AN EXTENSION OF TIME TO RESPOND

The Goldman Sachs Group, Inc. ("GS Group") hereby moves the Court, pursuant to Bankruptcy Rule 9006 and BLR 9006-1, for an Order extending the time for it to respond to the complaint in this adversary proceeding to and

including December 15, 2009.[1]  As grounds for this Motion, GS Group shows the Court as follows:

This case is one of 9 adversary proceedings pro se plaintiff Glenn R. Favre ("Favre") filed after the close of his Chapter 7 bankruptcy case, the closing of the estate and the debtor's discharge on April 7, 2009 (see docket entry 30 in case no. 08-85264-mhm).  Of these, seven adversary proceedings, including the instant matter, were apparently filed in a three-day period in mid-October.

The instant adversary complaint purports to name "Goldman Sachs Holdings, Inc.," a non-existent entity, as one of the Defendants.  Service was attempted by mailing a copy of the Complaint to a Goldman, Sachs & Co. (an indirect wholly-owned subsidiary of GS Group) legal department employee in New York.  Despite these threshold issues as to whether a proper entity has been even named and served, the docket sheet indicates that a response to the complaint currently is due on November 16, 2009 (a date apparently calculated as 30 days after the summons was issued, but not based on any date of valid service).

---

[1] By filing this Motion, GS Group specifically reserves all defenses available to it including without limitation, lack of jurisdiction, insufficiency of process, insufficiency of service of process, failure to plead with particularity, and failure to state a claim.

2

Although there was no service of a real entity, GS Group (as the presumptive entity plaintiffs intended to name and serve) has decided out of an abundance of caution to make a limited appearance and seek dismissal of the complaint as against any Goldman Sachs related entities (including on the grounds of improper service and failure to serve an existing entity), and in that context attempted to work out a reasonable response date with the plaintiffs. Accordingly, on November 4, 2009 counsel for GS Group called plaintiff Favre and asked him to agree to extend the time to respond to the complaint. Mr. Favre, however, refused any extension.

In addition to the failure to serve a legal entity, the adversary complaint sets forth a series of incomprehensible allegations and assertions against multiple defendants that on its face fails to state a claim under Bell Atlantic v. Twombly, 127 S. Ct. 1955 (2007) and Ashcroft v. Iqbal, 129 S. Ct. 1937 (2009). The complaint consists largely of quotations from Florida statutes, and does not specify the basis for a claim against any defendant. Furthermore, it fails to identify *any* purported relationship between any Goldman Sachs entity and the plaintiffs. In addition, no Goldman Sachs entity was a party to the underlying bankruptcy proceeding and the undersigned counsel for GS Group was only recently retained and was not involved in the bankruptcy proceedings.

3

Given the incomprehensible allegations in the complaint, as well as the fact that some nine adversary proceedings are now pending, a short extension is warranted to allow GS Group and its counsel time to familiarize themselves with the case and research the relevant issues. The proposed extension will not unduly delay resolution of this action.

For the foregoing reasons, GS Group respectfully requests that the Court extend the time for it to move, answer, or otherwise respond to the complaint to December 15, 2009.

A proposed Order is attached.

Respectfully submitted,

/s/ Charles K. McKnight, Jr.
Charles K. McKnight, Jr.
Georgia Bar No. 495810
cmcknight@ntmlaw.com

NATIONS, TOMAN & McKNIGHT LLP
1230 Peachtree Street, NE, Suite 2050
Atlanta, Georgia 30309
(404) 266-2366 (telephone)
(404) 266-2323 (facsimile)

Attorneys for The Goldman Sachs Group, Inc.

4

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN R. FAVRE<br>ALAN SCOTT BENNETT<br>BERNICE AND DARRYLL GRIFFIN; J<br>OHN A STOKES DALE CAPELOUTO<br><br>Plaintiff(s), | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v.<br><br>SUNTRUST BANKS HOLDINGS, et al.,<br>FIDELITY NATIONAL FINANCIAL GROUP,<br>et al.; GOLDMAN SACHS HOLDINGS, INC,<br>et al.<br><br>Defendant(s) | )  HON. MARGARET<br>)  MURPHY<br>)<br>)  ADVERSARY<br>)  PROCEEDING NO.<br>)  09-9069<br>)<br>) |

## [PROPOSED] ORDER

For good cause shown, the Motion by The Goldman Sachs Group, Inc. for an extension to and including December 15, 2009 to answer, move, or otherwise respond to the complaint is hereby GRANTED.

The Honorable Margaret H. Murphy
United States Bankruptcy Judge

Prepared by:

    Charles K. McKnight, Jr.
    Counsel for The Goldman
    Sachs Group, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| GLENN R. FAVRE<br>ALAN SCOTT BENNETT<br>BERNICE AND DARRYLL GRIFFIN; J<br>OHN A STOKES DALE CAPELOUTO<br><br>Plaintiff(s), |  |
| v.<br><br>SUNTRUST BANKS HOLDINGS, et al.,<br>FIDELITY NATIONAL FINANCIAL GROUP,<br>et al.; GOLDMAN SACHS HOLDINGS, INC,<br>et al.<br><br>Defendant(s) | HON. MARGARET MURPHY<br><br>ADVERSARY PROCEEDING NO. 09-9069 |

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and I served a copy of the foregoing Goldman Sachs Group Inc.'s Motion for Extension of Time and Proposed Order with the Clerk of Court and served the following persons with a copy thereof via United States Mail:

> Glenn Royce Favre
> 110 S. Columbia Drive #11
> Decatur, GA 30030

Monica K. Gilroy
DICKENSON GILROY, LLC
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022

This __6__ day of November, 2009.

                NATIONS, TOMAN & McKNIGHT LLP

                _/s/ Charles K. McKnight, Jr._
                Charles K. McKnight, Jr.
                Georgia Bar No. 495810
                cmcknight@ntmlaw.com

NATIONS, TOMAN & McKNIGHT LLP
1230 Peachtree Street, NE, Suite 2050
Atlanta, Georgia 30309
(404) 266-2366 (telephone)
(404) 266-2323 (facsimile)

Attorneys for The Goldman Sachs Group