IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| GLENN ROYCE FAVRE, | § | CASE NO. 08-85264-mhm |
| | § | |
| Debtor. | § | Discharged; Closed Case |

| | | |
|---|---|---|
| GLENN ROYCE FAVRE; | § | |
| ALAN SCOTT BENNETT; | § | |
| BERNICE AND DARRYLL GRIFFIN; | § | |
| JOHN A. STOKES; | § | |
| DALE CAPELOUTO, | § | |
| | § | HONORABLE MARGARET MURPHY |
| Plaintiffs, | § | |
| v. | § | ADVERSARY PROCEEDING |
| | § | |
| SUNTRUST BANKS HOLDINGS, | § | NO. 09-9069 |
| et al.; FIDELITY NATIONAL | § | |
| FINANCIAL GROUP, et al.; | § | |
| GOLDMAN SACHS HOLDINGS, | § | |
| INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**<u>FIDELITY NATIONAL TITLE GROUP, INC.'S MOTION TO DISMISS
ADVERSARY PROCEEDING FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF CAN BE GRANTED</u>**

COMES NOW, FIDELITY NATIONAL TITLE GROUP, INC. (hereinafter,

"Fidelity"),[1] by and through its undersigned counsel, by special limited appearance

---

[1] "Fidelity National Financial Group", one of the named Defendants in the above-captioned adversary proceeding, is not a legal entity.

and preserving all defenses, and respectfully moves this honorable Court for an order dismissing the pleading filed by Plaintiff Glenn Royce Favre (a/k/a Glenn R. Favre) (hereinafter, "Plaintiff"), entitled "Complaint [for Violations of TILA, RESPA, Reg.Z., Civil RICO, SEC, CFTC, Malice, Negligent Misrepresentation, Intent to Defraud Consumers, Civil False Claims]" [sic] (hereinafter, the "Adversary Complaint" or, alternatively, the "Complaint"), pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(4), 12(b)(5), 12(b)(6) and 41(b), and Federal Rules of Bankruptcy Procedure 7012(b)(1), 7012(b)(2), 7012(b)(4), 7012(b)(5), 7012(b)(6) and 7041(b), on the grounds, *inter alia*, that: (i) Plaintiff has failed to properly serve a real legal entity with Summons and a copy of the Complaint as required by FED. R. CIV. P. 4 and FED. R. BANKR. P. 7004; (ii) the Court has no personal jurisdiction over Fidelity; (iii) the Court lacks subject matter jurisdiction over the claim(s) at issue in this adversary proceeding; and (iv) the Adversary Complaint fails to state a claim or cause of action against Fidelity upon which relief can be granted. In support of this Motion, Fidelity relies upon the pleadings, documents and submissions of record, and its Memorandum of Law which is filed concurrently herewith.

WHEREFORE, FIDELITY NATIONAL TITLE GROUP, INC., through its undersigned counsel, prays for the following relief:

(a) That this Court grant Fidelity's' Motion and dismiss the Adversary Complaint;

(b) That all costs of this action, including the attorney fees incurred by Fidelity in defending this adversary, be cast upon Plaintiff Glenn Royce Favre; and

(c) For such other and further relief as this Court deems just and proper.

This 16th day of November, 2009.

Respectfully submitted,

DICKENSON GILROY LLC

/s/   Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520
**Attorney for Fidelity National Title Group, Inc.**

Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel:  (678) 280-1922
Fax: (678) 280-1923
Email: Monica.Gilroy@dickensongilroy.com

# CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing *Fidelity National Title Group, Inc.'s Motion to Dismiss Adversary Proceeding for Failure to State a Claim Upon Which Relief Can be Granted* in the above-captioned adversary proceeding with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record in this matter, and, further, that I have served the Plaintiff, appearing *pro se*, with a copy of this pleading by placing a true and correct copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

> Glenn Royce Favre
> 110 S. Columbia Drive #11
> Decatur, Georgia 30030

This 16th day of November, 2009.

/s/   Monica K. Gilroy
MONICA K. GILROY
(Georgia Bar No. 427520)
**Counsel for Fidelity National Title Group, Inc.**

DICKENSON GILROY LLC
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: Monica.Gilroy@dickensongilroy.com