IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON**
**NOV 2 5 2009**
**DOCKET**

) CHAPTER - 7
) CASE NO. 08-85264-MHM

GLENN R. FAVRE;
ALAN SCOTT BENNETT;
BERNICE AND DARRYLL GRIFFIN;
JOHN A STOKES; DALE CAPELOUTO,

Plaintiff,

v.

SUNTRUST BANKS HOLDINGS, et al.,
FIDELITY NATIONAL FINANCIAL GROUP,
et al.; GOLDMAN SACHS HOLDINGS, INC,
et al.

Defendant

ADVERSARY
PROCEEDING NO.
09-9069

## ORDER

On November 6, 2009, The Goldman Sachs Group, Inc. filed a motion for an extension of time to and including December 15, 2009 to answer, move, or otherwise respond to the complaint (docket # 12). The motion is hereby GRANTED.

IT IS SO ORDERED this 24th day of November, 2009.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

_____
Charles K. McKnight, Jr.
Georgia Bar No. 495810
cmcknight@ntmlaw.com

NATIONS, TOMAN & McKNIGHT LLP
1230 Peachtree Street, NE, Suite 2050
Atlanta, Georgia 30309
(404) 266-2366 (telephone)
(404) 266-2323 (facsimile)

Attorneys for The Goldman Sachs Group, Inc.

2

Distribution list:

    Glenn Favre
    110 S. Columbia Drive #11
    Decatur, GA 30030

    Monica K. Gilroy
    DICKENSON GILROY, LLC
    3780 Mansell Road, Suite 140
    Alpharetta, Georgia 30022

    A. Alexander Teel
    Lamberth, Cifelli, Stokes, Ellis & Nason
    East Tower, Suite 550
    3343 Peachtree Road, NE
    Atlanta, GA 30326-1022

    S. Gregory Hays
    Hays Financial Consulting, LLC
    Suite 200
    333 Peachtree Road, NE
    Atlanta, GA 30326-1420

    Charles K. McKnight, Jr.
    NATIONS, TOMAN & McKNIGHT LLP
    1230 Peachtree Street, NE, Suite 2050
    Atlanta, Georgia 30309