UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | § | CHAPTER 7 |
| | § | |
| GLENN FAVRE | § | CASE NO 08-85264-MHM |
| DEBTOR | § | |
| | § | |
| | § | |
| GLENN FAVRE pro se | § | |
| CLAIMANT/PLAINTIFF | § | THE HONORABLE MARGARET MURPHY |
| | § | |
| v. | § | |
| | § | ADVERSARIAL PROCEEDING |
| GOLDMAN SACHS, HOLDINGS, INC., et al | § | |
| | § | |
| SUNTRUST BANK | § | 09-AP-09069 |
| HOLDINGS, INC et al | § | |
| | § | |
| FIDELITY NATIONAL | § | AND |
| FINANCIAL GROUP, INC., et al | § | |
| | § | |
| SUNTRUST MORTGAGE, INC., et al | § | |
| OLD REPUBLIC NATIONAL TITLE, INC., et al | § | 09-AP-09075 |
| | § | |
| DEFENDANT | § | |

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2009 PM 03:16

M. REGINA THOMAS,
CLERK

BY:
DEPUTY CLERK

# PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST THE DEFENDANTS FOR FAILING TO ANSWER THE SUMMONS UNDER FED BANK R. 7012

### PLAINTIFF APPLICATION FOR SANCTION OF MONICA GILROY FOR FAILURE TO

### COMPLY WITH BLR 7016-4. Pretrial Instructions: Sanctions.

COMES NOW GLENN FAVRE and for asks for an application for Summary Judgment and application for

Default Judgment against the Defendants per **BLR 7056-1. Motions for Summary Judgment.**

1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

.[1] and request the application and the SUMMARY judgment be issued by the clerk of court be entered today November 29, 2009 by the clerk of this Honorable Court for the Defendants violation of FERA, FCA, and failure to properly answer the summons issued on October 16, 2009. Not with statnding 28 U.S.C. § 157
\

**Under Local BLR 7067-1. Registry Funds, Unclaimed Funds, and Other Funds in the Custody of the Clerk and under** Rule 65 under the Court of Federal Claims as amended July 13, 2009 Rule 65 (a)(1)(2)(B)(3) allows for the court to issue a preliminary injunction against the Defendants attorney's, summary judgment and default judgment..

The Plaintiff has filed all of the prerequisites motions in support of this applications and request that this Honorable court through economic consideration of time consolidate the adversarial cases and order in a ruling on behalf of the Plaintiff and award all damages, fines that have been described in the Motion filed be the PlaintIff on November 19, 2009 and cost that this court see just and proper. Please see affidavit

---

[1]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

12-12-09
_____   _____
Respectively Submitted         Glenn Favre pro se
                               110 South Columbia Drive #11
                               Decatur, Georgia 30030
                               404-373-1137

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I Glenn R. Favre, am over the age of 18 years old at the time of this service, that a true and correct copy of the foregoing has been furnished by

U.S. Mail with the correct postage and faxed to:

MONICA GILROY OF DICKENSON GILROY, LLC
CORPORATE COUNSEL:
SUNTRUST BANK, HOLDINGS, INC.
SUNTRUST MORTGAGE, INC.
FIDELITY NATIONAL FINANCIAL GROUP, INC.
OLD REPUBLIC NATIONAL TITLE, INC
3780 MANSELL ROAD SUITE 140
ALPHARETTA GA 30022

Alice R. Huneycutt , Esquire, STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.,
SUNTRUST MORTGAGE, INC,
SUNTRUST Financial Centre, Suite 2200
401 E. Jackson Street, P. O. Box 3299, Tampa,
FL 33601, and by facsimile to (813) 222-5089,

CHARLES K. MCKNIGHT, JR.
NATIONS, TOMAN & MCKNIGHT, LLP
1230 PEACHTREE STREET, NE
SUITE 2050
ATLANTA, GA 30309
404-266-2366
FAX : 404-266-2323
EMAIL: CMCKNIGHT@NTMLAW.COM
*LEAD ATTORNEY* THIS