IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN R. FAVRE ) | CHAPTER 7 |
| ALAN SCOTT BENNETT; ) | CASE NO. 08-85264-MHM |
| BERNICE AND DARRYLL GRIFFIN; ) | |
| JOHN A STOKES; DALE CAPELOUTO, ) | |
|     Plaintiff(s), ) | |
| _____ ) | |
| v. ) | |
| SUNTRUST BANKS HOLDINGS, et al., ) | |
| FIDELITY NATIONAL FINANCIAL GROUP, ) | ADVERSARY |
| et al.; GOLDMAN SACHS HOLDINGS, INC, ) | PROCEEDING NO. |
| et al. ) | 09-9069 MHM |
|     Defendant(s) ) | |

**THE GOLDMAN SACHS GROUP, INC.'S**
**MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS**

The Goldman Sachs Group, Inc. ("GS Group"), files this opposition to Plaintiffs' motions filed on December 9, 2009 (docket number 23) and December 11, 2009 (docket number 25)("Plaintiffs' Motions").

To the extent Plaintiffs' Motions seek relief against GS Group or any Goldman Sachs entity, they are frivolous. Plaintiffs' Motions do not even mention GS Group much less establish a factual or legal basis for a claim against it or any other Goldman Sachs entity. Plaintiffs' Motions do not set forth any cognizable or coherent basis for relief, and do not comply with the requirements of a summary

judgment motion under Rule 56. No Goldman Sachs related entity is in default, is liable to any Plaintiff or is subject to injunctive relief. Plaintiffs' Motions must be denied for the foregoing reasons and those set forth in the GS Group's motion to dismiss (docket number 21) and GS Group's opposition to Plaintiffs' earlier motions (docket number 22), both of which are incorporated by reference.[1]

For the foregoing reasons, GS Group requests that Plaintiffs' Motions (docket numbers 23 and 25) be Denied.

Respectfully submitted this 21st day of December, 2009.

/S/ Michael T. Nations
Charles K. McKnight, Jr.
Georgia Bar No. 495810
cmcknight@ntmlaw.com
Michael T. Nations
Georgia Bar No. 535725
mnations@ntmlaw.com
NATIONS, TOMAN & McKNIGHT LLP
1230 Peachtree Street, NE, Suite 2050
Atlanta, Georgia 30309
(404) 266-2366 (telephone)
(404) 266-2323 (facsimile)

ATTORNEYS FOR THE GOLDMAN SACHS GROUP, INC.

---

[1] On December 11, 2009, Plaintiffs filed an affidavit in support of motion for default judgment (docket number 24). To the extent this affidavit suggests that any Golden Sachs entity failed to timely respond to the complaint it is false. Even though the complaint did not name an existing Golden Sachs entity, GS Group filed a timely motion to extend time (docket 12) which the Court granted (docket 19), and a timely motion to dismiss the complaint (docket number 21).

## **CERTIFICATE OF SERVICE**

I certify that I am over the age of 18 and I served a copy of the foregoing Goldman Sachs Group, Inc.'s Brief in Opposition to Plaintiffs' Motions with the Clerk of Court and served the following persons with a copy thereof via electronic service and/or United States Mail:

Glenn Royce Favre
110 S. Columbia Drive #11
Decatur, GA 30030

Monica K. Gilroy
DICKENSON GILROY, LLC
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022

A. Alexander Teel
Lamberth, Cifelli, Stokes, Ellis & Nason
East Tower, Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326-1022

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
333 Peachtree Road, NE
Atlanta, GA 30326-1420

This 21st day of December, 2009.

/S/ Michael T. Nations
Charles K. McKnight, Jr.
Michael T. Nations

Attorneys for The Goldman Sachs Group

3